# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| American Institute of Physics; John Wiley & Sons, Inc.; Wiley Periodicals, Inc. | Appeal No. 13-3351 |
| Plaintiffs - Appellants, | |
| v. | |
| Schwegman, Lundberg & Woessner, P.A.; John Doe Nos. 1-10 | |
| Defendants - Appellees, | |
| The United States Patent and Trademark Office | |
| Intervenor Defendant - Appellee | |

ON APPEAL FROM THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No.: 12-CV-528 (RHK/JJK)
The Honorable Richard H. Kyle

**STIPULATION OF PARTIES TO DISMISS APPEAL
PURSUANT TO FED. R. APP. P. 42(b)**

1. The parties to this proceeding stipulate that the appeal taken in this case by Appellants American Institute of Physics, John Wiley & Sons, Inc. and Wiley Periodicals, Inc. may be dismissed pursuant to Fed. R. App. P. 42(b) with prejudice and with each party to bear its own attorney's fees and costs.

2. The case was docketed in this court October 28, 2013, and assigned docket number 13-3351.

3. On February 14, 2014, Schwegman Lundberg & Woessner, P.A. filed a Notice of Appeal to the Eighth Circuit from the Amended Order denying Schwegman's Motion for Costs and Attorney's Fees entered on December 16, 2013, in the United States District Court for the District of Minnesota, Case No. 12-CV-528. The appeal has not been docketed in this court. The parties acknowledge that the February 14, 2014, appeal shall be dismissed pursuant to a Stipulation of Parties to Dismiss Appeal Pursuant to Fed. R. App. P. 42(a) that shall be filed in the district court, Case No. 12-CV-528, in conjunction with this stipulation.

4. Counsels, whose signatures appear on this stipulation, have the authority of their clients to enter into this stipulation to dismiss the appeal. The parties agree that each party will bear its own attorney's fees and costs.

Dated:  February 18, 2014						By: *s/ Jacqueline J. Williams*
								Jacqueline J. Williams #386611
								MANTY & ASSOCIATES, P.A.
								510 First Avenue North, Suite 305
								Minneapolis, Minnesota  55403
								(612) 465-0990
								jwilliams@mantylaw.com

								and

								William Dunnegan
								DUNNEGAN & SCILEPPI LLC
								350 Fifth Avenue, Suite 4908
								New York, New York 10118
								(212) 332-8303
								wd@dunnegan.com

								Attorneys for Plaintiffs - Appellants


Dated:  February 18, 2014						By: *s/ Paul J. Robbennolt*
								Devan V. Padmanabhan #240126
								Paul J. Robbennolt #0240497
								WINTHROP & WEINSTINE, P.A.
								225 South Sixth Street, Suite 3500
								Minneapolis, Minnesota 55402
								(612) 604-6400
								dpadmanabhan@winthrop.com

								Attorneys for Defendants – Appellees

3

Dated: February 18, 2014

Stuart F. Delery
Assistant Attorney General

Andrew M. Luger
United States Attorney

By: *s/ Friedrich A.P. Siekert*
    Friedrich A.P. Siekert #142013
    Assistant U.S. Attorney
    600 U.S. Courthouse
    300 S. Fourth Street
    Minneapolis, MN 55415
    Fred.siekert@usdoj.gov

    and

    Mark R. Freeman
    Daniel Tenny
    Attorneys, Appellate Staff
    Civil Division, Room 7215
    U.S. Department of Justice
    950 Pennsylvania Ave., NW
    Washington, D.C. 20530

    Attorneys for Intervenor Defendant –
    Appellee The United States Patent
    and Trademark Office

SO ORDERED:

                                Clerk
                                United States Court of Appeals
                                For the Eighth Circuit


                                By: _____
                                  Deputy Clerk

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of February 2014, I electronically filed the foregoing Stipulation with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 18, 2014    By: *s/ Jacqueline J. Williams*
                                                         Jacqueline J. Williams

                                                         MANTY & ASSOCIATES, P.A.
                                                         510 First Avenue North, Suite 305
                                                         Minneapolis, Minnesota 55403
                                                         (612) 465-0990
                                                         jwilliams@mantylaw.com

                                                         Attorneys for Plaintiffs - Appellants